CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL MOORE et al., | Civil Action No. 7:12cv00262 |
| Plaintiffs, | |
| v. | **FINAL ORDER** |
| CORELL ELECTRICAL CONTRACTORS, INC., | |
| | By: Samuel G. Wilson |
| Defendant. | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the defendant's motion to dismiss is **GRANTED** without prejudice. The defendant's motion to stay discovery and the plaintiffs' motions to conditionally certify a class and to correct the motion to certify a class are all **DENIED** as **MOOT**. This matter shall be **STRICKEN** from the court's active docket.

**ENTER**: October 30, 2012.

_____
UNITED STATES DISTRICT JUDGE