CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 3 0 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL MOORE et al.,** | ) | Civil Action No. 7:12cv00262 |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **CORELL ELECTRICAL** | ) | |
| **CONTRACTORS, INC.,** | ) | |
| | ) | **By: Samuel G. Wilson** |
| **Defendant.** | ) | **United States District Judge** |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the defendant's motion to dismiss is **GRANTED** without prejudice. The defendant's motion to stay discovery and the plaintiffs' motions to conditionally certify a class and to correct the motion to certify a class are all **DENIED** as **MOOT**. This matter shall be **STRICKEN** from the court's active docket.

**ENTER**: October 30, 2012.

_____
UNITED STATES DISTRICT JUDGE